## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TAURICE MARQUESE CRISP, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:10CV155 |
| | ) |
| ALVIN WALKER, | ) |
| | ) |
| Respondent. | ) |

### ORDER

The Recommendation of the United States Magistrate Judge [Doc # 3] was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 26, 2010, was served on the parties in this action. On March 2, 2010, Plaintiff filed objections to the Recommendation [Doc. # 5].

The court has now reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a de novo determination that is in accord with the Recommendation. The court therefore adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that this action be DISMISSED sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of July, 2010

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge